Opinion issued ­­­September 23, 2010

 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00140-CV

____________

 

HARRIS COUNTY APPRAISAL REVIEW BOARD, Appellant

 

V.

 

HOMER W. BLALOCK, JR. AND APRIL BLALOCK, Appellees

 

 

 



On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2008-71245

 

 



MEMORANDUM
OPINION

          On August 24,
2010, appellant, Harris County Appraisal Review Board, filed an unopposed
motion to dismiss its appeal, indicating that the parties have reached a
settlement that renders this appeal unnecessary.  No opinion has issued.  Accordingly, the motion is granted,
and the appeal is dismissed.  See
Tex. R. App. P. 42.1(a) (1).  Pursuant to the parties’ agreement, costs are
taxed against the party incurring the same.

          Any pending
motions in this appeal are overruled as moot. 
The Clerk is directed to issue mandate within 10 days of the date of
this opinion.  See Tex. R. App. P. 18.1.

PER
CURIAM

Panel consists of Justices Jennings, Alcala, and Sharp.